IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NOOR Staffing Group LLC d/b/a J.D. & Tuttle Hospitality Staffing,<br><br>   *Plaintiff,*<br><br>v.<br><br>Staff Management Solutions, LLC, *et al.*,<br><br>   *Defendants.* | No. 19 CV 529<br><br>Judge Lindsay C. Jenkins |
| Staff Management Solutions, LLC, *et al.*,<br><br>   *Counter Claimants*,<br><br>v.<br><br>NOOR Staffing Group LLC d/b/a J.D. & Tuttle Hospitality Staffing,<br><br>   *Counter Defendant.* | |

## **JUDGMENT IN A CIVIL CASE**

Judgment is hereby entered (check appropriate box):

☐   in favor of plaintiff(s)
and against defendant(s)
in the amount of $

    which ☐ includes    pre–judgment interest.
          ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒   in favor of counter defendant(s) NOOR Staffing Group LLC d/b/a J.D. & Tuttle Hospitality Staffing,

   and against counter claimant(s) Staff Management Solutions, LLC
.
Counter Defendant(s) shall recover costs from counter claimant(s).

☒   in favor of defendant(s) Staff Management Solutions, LLC

and against plaintiff(s) NOOR Staffing Group LLC d/b/a J.D. & Tuttle Hospitality Staffing,
.

Defendant(s) shall recover costs from plaintiff(s).

This action was *(check one)*:

☐ tried by a jury with Judge      presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Lindsay C. Jenkins on a motion.

Date:    3/31/2024                          Thomas G. Bruton, Clerk of Court

                                                                  Claire E. Newman, Deputy Clerk